IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**STEVEN DAVID COOK**                                                               **PLAINTIFF**

V.                                         **4:15-cv-228-BRW**

**PENNINGTON, et al**                                                               **DEFENDANTS**

**PROOF OF SERVICE**

Comes now the Plaintiff and for his Proof of Service on Defendant, Honorable Andy Gill, states the following:

1. Honorable Andy Gill was served with the Summons and Complaint in this matter via personal service at 102 S. Main, Benton, Arkansas, on June 22, 2015, as evidenced by the Proof of Service return attached hereto.

                                            Respectfully submitted,

                                By:    /s/ Charles D. Hancock
                                                CHARLES D. HANCOCK ABA#2001022
                                                Hancock Law Firm
                                                610 East 6th Street
                                                Little Rock, Arkansas 72202
                                                501.372.6400 voice
                                                501.372.6401 facsimile
                                                Hancock@hancocklawfirm.com

## CERTIFICATE OF SERVICE

      I, Charles D. Hancock, hereby certify that a true and correct copy of the foregoing document has been served as listed below on this the 28th day of July, 2015, electronically in accordance with the Rules of this Court on the following individuals:

Benjamin D. Jackson
bjackson@mwlaw.com

Christine A. Cryer
Christine.cryer@arkansasag.gov

George D. Ellis
gellisinbenton@swbell.net

                                                */s/ Charles D. Hancock*
                                                Charles D. Hancock

*serve*
*6/22/15 @ 3³*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Arkansas

| | |
|---|---|
| Steven David Cook <br><br> *Plaintiff(s)* <br> v. <br> Pennington  et al <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No. 4:15-cv-228-BRW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*      Honorable Andy Gill
29 Johnson Loop
Perryville, AR 72126


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:      CHARLES D. HANCOCK
HANCOCK LAW FIRM
610 EAST 6TH STREET
LITTLE ROCK  AR 72202


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

James W. McCormack, Clerk
*CLERK OF COURT*

Date: 5/22/2015                              *[signature]*

                                                                                  *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:15-cv-228-BRW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Andy Gill
was received by me on *(date)* 6/22/15 .

☒ I personally served the summons on the individual at *(place)* 102 S. Main, Benton, AR Saline County Prosecutor on *(date)* 6/22/15 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 6/22/15
@ 3:55 pm

David B Viele
*Server's signature*

David B. Viele
*Printed name and title*

801 Poplar St, Jacksonville AR 72076
*Server's address*

Additional information regarding attempted service, etc: