IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**STEVEN DAVID COOK**                                                                                  **PLAINTIFF**

**VS.**                              **NO. 4:15-CV-228 BRW**

**BRUCE PENNINGTON, ET. AL.,**                                                    **DEFENDANTS**

**PLAINTIFFS'
MOTION FOR SUMMARY JUDGMENT AS TO
DEFENDANTS BRUCE PENNINGTON AND SALINE COUNTY, ARKANSAS**

  **COMES THE PLAINTIFF, Steven David Cook,** by and through his attorneys, **Edward G. Adcock, Arkansas Bar No. 83001,** and **Charles D. Hancock, Arkansas Bar No. 2001022,** and, pursuant to the provisions of Rule 56 of the Federal Rules of Civil Procedure, and, because there are no issues of material fact as to the liability of Defendants Bruce Pennington and Saline County, Arkansas, respectfully move the Court to grant him judgment as a matter of law against Defendants Bruce Pennington and Saline County, Arkansas on the issue of liability, leaving only a question of damages, both compensatory and punitive, for adjudication at trial of this matter. In support of this motion Plaintiff proffers: **a)** Medical Progress Note written on 7-6-12 by Nurse Glenn Sonk and miscellaneous medical records of Plaintiff from Saline County jail, the same being appended hereto as Exhibit No. 1 and incorporated by reference as if set forth word-for-word herein; **b)** Memorandum of Deputy Lauren Furr, the same being appended hereto as Exhibit No. 2 and incorporated by reference as if set forth word-for-word herein; **c)** Memorandum of Deputy Ryan McKinney, the same being appended hereto as Exhibit No. 3 and incorporated by reference as if set forth word-for-word herein; **d)** Note

1

of Deputy Prosecuting Attorney Andy Gill, the same being appended hereto as Exhibit No. 4 and incorporated by reference as if set forth word-for-word herein; **e)** Excerpts of Deposition of Nurse Glenn Sonk, the same being appended hereto as Exhibit No. 5 and incoproated by reference as if set forth word-for-word herein; **f)** Excerpts of Deposition of Dr. Roger Troxel, the same being appended hereto as Exhibit No. 6 and incorporated by reference as if set forth word-for-word herein; **g)** Excerpts of Deposition of Melissa Furr, the same being appended hereto as Exhibit No. 7 and incorporated by reference as if set forth word-for-word herein; **h)** Excerpts of Deposition of Andrew Gill, the same being appended hereto as Exhibit No. 8 and incorporated by reference as if set forth word-for-word herein; **i)** Excerpts of Deposition of Sergeant Mike Richards, the same being appended hereto as Exhibit No. 9 and incorporated by reference as if set forth word-for-word herein; **j)** Excerpts of Deposition of Deputy Ryan McKinney, the same being appended hereto as Exhibit No. 10 and incorporated by reference as if set forth word-for-word herein; **k)** Excerpts of Deposition of Sheriff Bruce Pennington, the same being appended hereto as Exhibit No. 11 and incorporated by reference as if set forth word-for-word herein.  *See also* Brief in Support of Plaintiff's Motion for Summary Judgment, the same being incorporated by reference as well.

  **WHEREFORE,** Plaintiff Steven David Cook respectfully moves the Court to enter its judgment granting him summary judgment as a matter of law against the Defendants Bruce Pennington and Saline County, Arkansas on the issue of liability, leaving only the question of damages, including punitive damages, for trial against these particular defendants.  Plaintiff maintains his claims against all other remaining Defendants herein for trial on issues of liability as well as damages.

**DATED** this 8th day of February, 2016

Resepctfully submitted,

**STEVEN DAVID COOK**

By: /s/ Edward G. Adcock
**Edward G. Adcock**
Arkansas Bar No. 83001
1018 Cumberland # 11
Little Rock, AR 72202
Office Telephone: 501.690.6104
Facsimile: 501.374.5198
Email: egalaw@aol.com

By: /s/ C. Daniel Hancock
Arkansas Bar No. 2001-022
**HANCOCK LAW FIRM**
610 East Sixth Street
Little Rock, AR 72202
Phone: 501.372.6400
Email: hancock@hlblaw

### CERTIFICATE OF SERVICE

I, Edward G. Adcock, Arkansas Bar No. 83001, do hereby certify that on this 21st day of September, 2010, filed the above and foregoing Plaintiff's Motion for Summary Judgment with the Clerk of the Court using the CM/ECF system which shall send notification of such filing to the following
:

Mr. Benjamin Jackson
Email: bjackson@mwlaw.com

Ms Christine Cryer
Email: Christine.cryer@arkansas.ag.gov

George Ellis
Emial: gellis@swbell.ner

/s/ Edward G. Adcock
**Edward G. Adcock / Ark. Bar No. 83001**

3