IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

STEVEN DAVID COOK                                   PLAINTIFF

VS.                    NO. 4:15-CV-228 BRW

BRUCE PENNINGTON, ET. AL.,                    DEFENDANTS

EXHIBIT NO. 1
TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

JAIL MEDICAL RECORDS

## Medical Progress Note

Inmate's Name: COOK, Steven     ID Number: _____

| Date / Time | SOA | PLAN |
|---|---|---|
| 7/06/12 | Late entry. On 6/29/12 medical staff called to booking because they (booking) said he had a hernia protruding through his skin. Dr. Troxel and I and Deputy Furr went to booking to see (check on) inmate. Upon setting eyes on inmate in holding cell, it appears he stood up off of toilet, and at that time we (medical) could see inmate's rectum/rectal lining protruding (prolapsed) from his rectum. Dr. Troxel gave medical no orders to assess, evaluate or check VS, but proceeded to Sargeant' office and alerted staff that he recommended that inmate be sent out to hospital. While in Sargeants office even Sheriff Pennington agreed to Dr. Troxel's recommendations. Dr. Troxel left facility shortly after but again gave 0 orders for medical care for inmate as he suspected that inmate Cook would soon be sent out to hospital. Over the next 2-3 days there were no reports of inmate Cook needing any type of medical assistance reported to the medical dept. On 7/2/12 when I was talking to Dr. Troxel on phone regarding matter for the day, he asked if the gentleman with the prolapsed rectum was still here. I told him that he was. Dr. Troxel asked why? I told him I didn't know, that I guess someone decided not to send him to hospital. I was under the impression | |

# Medical Progress Note

Inmate's Name: Cook, Steven    ID Number: _____

| Date / Time | SOA | PLAN |
|---|---|---|
| 7-6-12 Late entry | that I may have to return the prolapsed rectum to its place for this inmate and when I asked Dr. Troxel if he needed me to do this he said me "not to touch the gentleman (inmate Cook). Dr. Troxel explained that on 6-29-12 he gave his recommendation to staff in Sargents office and now Sheriff Pennington was in agreement with Dr. Troxel that he should send him out as well. Dr. Troxel said that since they didn't send inmate out after he suggested/recommended it that he did not want me to touch the guy at all, and it would be on the jail & not on medical (ACH). A little later that afternoon I was called to booking. When I got to booking Sgt. Brown said for me to don gloves. I did and proceeded to a cell where they were standing. The gentleman with the prolapsed rectum was on floor on back with legs spread & lifted and rectum protruded. Jail staff did not attempt to insert rectum back into position & I told jail staff that I was told by my (ACH's) MD that I was to not to touch individual at all. After this, it was approval & arranged with jail staff to send inmate out, after Deputy or Sgt Ford asked me is my opinion did inmate medically need sent out & I told him - that he did. They released Cook & I thought Dep. Ford was to transport Cook to ER | |

Late entry, entered 7-6-12 Glenn Stark LPN

004
vised: 11/2010

U.S. National Library of Medicine - The World's Largest Medical Library

About | Home | Follow us | Add us | Help

PubMed Health

Search

Home > Diseases and Conditions > Rectal prolapse

SHARE   Print

PubMed Health. A service of the National Library of Medicine, National Institutes of Health.

A.D.A.M. Medical Encyclopedia. Atlanta (GA): A.D.A.M.; 2011.

## Rectal prolapse

Last reviewed: July 5, 2010.

Rectal prolapse occurs when the tissue that lines the rectum falls down into or sticks through the anal opening.

### Causes, incidence, and risk factors

Rectal prolapse occurs most often in children under age 6 and in the elderly. It is often associated with the following conditions:

- Constipation
- Cystic fibrosis
- Malnutrition and malabsorption (celiac disease is an example)
- Pinworms (enterobiasis)
- Prior injury to the anus or pelvic area
- Whipworm infection (trichuriasis)

### Symptoms

The main symptom is a reddish-colored mass that sticks out from the opening of the anus, especially following a bowel movement. The lining of the rectal tissue may be visible and may bleed slightly.

### Signs and tests

The health care provider will perform a physical exam, which may include a rectal exam. Tests will be done to determine the underlying cause.

### Treatment

Call your health care provider if a rectal prolapse occurs. In some cases, the prolapse can be treated at home.

The rectal mucosa must be returned to the rectum manually. A soft, warm, wet cloth is used to apply gentle pressure to the mass to push it back through the anal opening. The affected person should be in a knee-chest position before applying pressure to allow gravity to help return the prolapse.

Immediate surgery for repair is seldom needed. The underlying condition must be treated.

*See MD order on next page →*

7/1/2012

Page 1 of 2

### Expectations (prognosis)

Treating the underlying condition usually cures the problem. In otherwise healthy elderly patients who have repeated rectal prolapse, surgery can repair physical problems that make prolapse more likely to occur.

### Complications

- Constipation
- Other complications of the condition that caused the prolapse

### Calling your health care provider

Call your health care provider promptly if there is a rectal prolapse.

### Prevention

Treating the underlying condition usually prevents further rectal prolapse.

### References

1. Lembo AJ, Ullman SP. Constipation. In: Feldman M, Friedman LS, Brandt LJ, eds. *Sleisinger & Fordtran's Gastrointestinal and Liver Disease*. 9th ed. Philadelphia, Pa: Saudners Elsevier;2010:chap 18.
2. Fry RD, Mahmoud N, Maron DJ, Ross HM, Rombeau J. Colon and rectum. In: Townsend CM Jr., Beauchamp RD, Evers BM, Mattox KL, eds. *Sabiston Textbook of Surgery*. 18th ed. Philadelphia, Pa: Saunders Elsevier;2007:chap 50.

Review Date: 7/5/2010.

Reviewed by: Linda J. Vorvick, MD, Medical Director, MEDEX Northwest Division of Physician Assistant Studies, University of Washington School of Medicine; and George F. Longstreth, MD, Department of Gastroenterology, Kaiser Permanente Medical Care Program, San Diego, California. Also reviewed by David Zieve, MD, MHA, Medical Director, A.D.A.M., Inc.

**A.D.A.M.**

A.D.A.M., Disclaimer

Copyright © 2012, A.D.A.M., Inc.

PubMed Health Home | About PubMed Health | Copyright | Disclaimer | Follow us | Add us | Contact Us

---

7-2-12   Recommendation was to send inmate to ER/hosp. on Friday 6/29/12 after evaluation of inmate. This did not occur and ACH medical is not responsible.

T.O. Dr. Troxel/[signature] LPN

Noted GS 7-2-12

7/1/2012

Page 2 of 2