IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

STEVEN DAVID COOK                                               PLAINTIFF

VS.                       NO. 4:15-CV-228 BRW

BRUCE PENNINGTON, ET. AL.,                                      DEFENDANTS

EXHIBIT NO. 2
TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

## MEMORANDUM OF DEPUTY LAUREN FURR

# MEMORANDUM

To: Cpl. Brown

From: Dep. Lauren Furr #835

Date: July 5, 2012

Re: Inmate Steven Cook

On June 29, 2012 at approx 1430 hours I was called to the booking area in reference to a inmate complaing of something coming out of his rectum.

Dr. Troxel, Mr. Sonk and I went to the booking area. Dr. Troxel enterend holding cell 1, he spoke with Inmate Cook for a few moments and then left the cell. Dr. Troxel stated to me once the holding cell door was shut that Inmate Cook had a prolapsed rectum and we needed to get him out of here.

Dr. Troxel then stated that we needed to talk to the adminstration about getting Inmate Cook out of the facility. I escorted Dr. Troxel to Sgt. Richards office. Dr. Troxel informed Sgt. Richards, Lt. Birdsong and Sheriff Pennington of the situation.

Sheriff Pennington stated that Inmate Cook was to be booked and released per him.

_____
Dep. Lauren Furr #835