IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

STEVEN DAVID COOK . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . PLAINTIFF

VS.                           NO. 4:15-CV-228 BRW

BRUCE PENNINGTON, ET. AL., . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . DEFENDANTS

EXHIBIT NO. 3
TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

MEMORANDUM OF DEPUTY RYAN McKINNEY

 

# Saline County Sheriff's Office
## BRUCE PENNINGTON - Sheriff

735 S. Mosley St. - Benton, Arkansas 72015

July 6, 2012

To: Advanced Correctional Healthcare
Cc: Jail Administration
Re: The release of Inmate Cook
From: Dep Ryan McKinney

On Friday, June 29th, 2012, I was in the Sergeants office when I heard Dr. Troxel explain to the jail administration that we really needed to have inmate Cook released, do to his medical condition. Immediately, under advisement of Dr. Troxel, LT Birdsong got in contact with Sheriff Pennington, who agreed to release inmate Cook on a signature bond. The booking officers then were notified to release him.

Shortly thereafter, I was in the booking area when Dep Crystal McKinney received a call from Saline County Prosecutor, Andy Gill. The phone was on speakerphone, so I overheard the call. Mr. Gill stated that inmate Cook could push his rectum inside out, "at will", and that we were NOT to release him.

LT Birdsong and the Sheriff were notified of the call from Mr. Gill and what he said. Inmate Cook was not released over the weekend, but on Monday morning, July 2nd, the Judge changed his bond to a signature bond, and inmate Cook was immediately released, with instructions to go directly to the ER.

Dep. Ryan McKinney
#832
Administrative Assistant to the Jail Administrator

G + 1