IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

STEVEN DAVID COOK                                         PLAINTIFF

VS.                    NO. 4:15-CV-228 BRW

BRUCE PENNINGTON, ET. AL.,                                DEFENDANTS

EXHIBIT NO. 4
TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

NOTE OF DEPUTY PROSECUTING ATTORNEY
ANDY GILL

Steven Cook has prior convictions for Forgery in the First Degree for passing counterfeit U.S. currency; He has prior felony conviction for Theft by Receiving; He has a prior felony conviction for Breaking or Entering; He has a prior felony drug conviction; He has a prior conviction for Residential Burglary; He has a prior felony conviction for Terroristic Threatening in the First Degree.

Steven Cook is currently on parole and serving the suspended portion of a prison sentence.

On January 12, 2012, Steve Cook was arrested for felony theft of property for stealing approximately $7000 worth of jewelry from Jana Wineland. Also, a petition to revoke his suspended sentence was filed based on the facts of his arrest.

On March 14, 2012, the defendant's wife Stefany Cook, went to the Benton Police Department and initially told them that she was the person that committed the theft. When she was pushed on the truth of her statement, she broke down and said that Steven had told her to claim responsibility for the crime because she did not have a record and would be given probation.

On June 25, 2012, Stefany Cook came to the prosecutor's office and expressed her fear of the Defendant. Stated that he had threatened to "take her down" if she did not testify the way he wanted her to. She was afraid that he would cause her physical harm. Based on her statements, an Amended Petition for Revocation of Suspended Sentence was filed. An order was signed by a judge issuing a warrant for Steven Cook with a $25000 sheriffs bond.

He was arrested on Friday the 29 and I was told by Stefany Cook that he had pushed his colon out and was asking to be released. I had previously known of his condition and that it was a long term issue and not something he sought emergency treatment for. I confirmed this with Mrs. Cook who stated that this occurred every time he used the bathroom and that he can put it back in.

I called the jail and was told that the Sheriff had said to release him due to his condition. I called the Sheriff and explained that it was my understanding that this is a long term condition that the defendant can manipulate to get released. I also told him that I had concerns about the safety of the victim in the case. He thanked me for the information but told me that if the jail was going to be on the hook for expensive medical treatment he was going to have him released. I told him I understood.

On Monday, July 2, Steven Cook was taken to bond hearings. Our office argued to keep him in. His bond was reduced to a signature bond on the condition he seek medical treatment. It is my understanding that he went to Saline Memorial Hospital. His wife stated that she received a call from hospital but did not answer it because she believed it was the defendant trying to contact her. She received several more calls that day that she did not answer because she believed that they were calls from the defendant from several locations.

Also, on July 2, Stefany Cook petitioned the Circuit Court to grant her an Order of Protection against Steven Cook and it was granted.

It is my understanding that Mr. Cook has been contacting news organizations and telling people that he is going to sue the county.

GILL1



EXHIBIT 3

7/3/12 12:08 p

Also, at the end of one of Mr. Cooks interviews with Benton Police while they were investigating the theft case, he stated that he had recently won $50,000 on a scratch off lottery ticket. This was untrue and seemed to be a lie for the sake of lying.