IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

STEVEN DAVID COOK                                          PLAINTIFF

VS.                              NO. 4:15-CV-228 BRW

BRUCE PENNINGTON, ET. AL.,                            DEFENDANTS

EXHIBIT NO. 7
TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT


EXCERPTS FROM DEPOSITION
OF DEPUTY MELISSA FURR

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

STEVEN DAVID COOK                    ) Plaintiffs
                                     )
VS.                                  ) No. 4:15 CV 228-BRW
                                     )
BRUCE PENNINGTON;                    )
LIEUTENANT DON BIRDSONG;             )
ROGER L. TROXEL, M.D.;               )        ☐ ORIGINAL
ANDY GILL; ADVANCED                  )
CORRECTIONAL HEALTHCARE,             )
INC.; SALINE COUNTY,                 )
ARKANSAS; DEPUTY LAUREN              )
FURR; SERGEANT RICHARDS;             )
DEPUTY RYAN McKINNEY; and            ) Defendants.
GLENN SONK, LPN

-------------------------------------

ORAL DEPOSITION OF

MELISSA FURR

DECEMBER 14, 2015

-------------------------------------

ORAL DEPOSITION OF MELISSA FURR, produced as a

witness at the instance of the Plaintiff, and duly

sworn, was taken in the above-styled and numbered cause

on December 14, 2015, from 1:17 p.m. to 2:01 p.m.,

before Crystal Garrison, Certified Court Reporter, in

and for the State of Arkansas, reported by machine

shorthand, at the offices of Ellis Law Firm, 126 North

Main Street, Benton, Arkansas 72015, pursuant to the

Federal Rules of Civil Procedure.

1  A.   Yes, sir.

2  Q.   Okay.  And did you actually observe what was

3  happening with Steven; did you see his rectum?

4  A.   Yes, sir.

5  Q.   Okay.  I realize it's probably not the most pleasant

6  thing you've talked about in recent years, but would you

7  tell me what you observed?

8  A.   To the best of my knowledge, from what I remember,

9  it was -- it was holding cell 1, and --

10  Q.   There's no need to be polite or --

11  A.   Okay.

12  Q.   -- hold things back.  You can't shock us.  Okay?

13       MR. ELLIS:  She's heard everything.  She really has.

14  Just look at that stone face she's giving you.

15  Q.   (BY MR. ADCOCK)  Go ahead.

16  A.   I went in with Dr. Troxel and he was doing an

17  examination.  I mean, he kind of examined him.

18  Q.   Okay.

19  A.   Examined him.  We saw it.  We left.

20  Q.   Okay.  What exactly did you see?

21  A.   A mass coming out of his --

22  Q.   His rectum?

23  A.   His bottom.

24  Q.   Okay.

25  A.   Yes, sir.

1 had radios in their office as well.  The deputies in

2 master control, the radio officer.  And then, whoever

3 was working doors had radios, booking officers, rovers,

4 and then medical.

5 Q.   Okay.  So, booking officers, rovers --

6 A.   Yes, sir.

7 Q.   -- and sergeants and booking -- people working in

8 book-in would have access to the radios.

9 A.   Yes, sir.

10 Q.   And someone called.  Did they call for you or did

11 they call for the jail doctor?

12 A.   If they needed the jail doctor, then they referenced

13 me.

14 Q.   Okay.

15 A.   Because the doctor didn't have a radio.

16 Q.   Okay.  And besides that, you had the obligation to

17 escort the jail doctor and the nurse when they went out

18 into the jail; is that correct?

19 A.   Correct.

20 Q.   I believe you've already said that?

21 A.   Yes, sir.

22 Q.   Okay.  Now, looking further, it says:  "Dr. Troxel

23 entered holding cell 1, he spoke with Inmate Cook for a

24 few moments and then left the cell.  Dr. Troxel stated

25 to me, once the holding cell door was shut, that Inmate

1  Cook had a prolapsed rectum and we needed to get him out

2  of here."  Is that a correct statement?

3  A.   Yes, sir.

4  Q.   Okay.  Can you remember in any more detail exactly

5  what Dr. Troxel said?  Were there any other details that

6  he included?

7  A.   As -- that we needed -- that he needed to be

8  released.  So, we needed to get him out of here.  It

9  wasn't -- you know, wasn't good that -- you know, that

10  he didn't know what was going on or why that was

11  happening.  He just knew that it wasn't normal and that

12  it was, you know, he needed to -- needed to see a doctor

13  about it.

14  Q.   Okay.  So, your impression is that Dr. Troxel made

15  it pretty clear that he needed to see a doctor about it?

16  A.   Correct.

17  Q.   Is that correct?

18  A.   Correct.

19  Q.   Okay.  Now, who was there to hear that statement on

20  the part of Dr. Troxel?  We know that you and Nurse Sonk

21  were there.  Was anyone else there?

22  A.   To my knowledge, I don't -- I don't know.  I really

23  honestly cannot remember who -- who was standing there

24  at the time.

25  Q.   Okay.  Now, this was in cell -- holding cell 1 in

1    Q.    Directly across?

2    A.    (Nodding head.)

3    Q.    Okay.  Is it possible there were people at the

4    book-in area who could have heard Dr. Troxel's

5    instructions, but you just don't -- you didn't notice

6    them?

7    A.    Correct.  Yes, sir.

8        MR. JACKSON:  Object to the form.

9    Q.    (BY MR. ADCOCK)  Okay.  It's okay.

10       MR. JACKSON:  When I do that, you can answer.  It's

11   just between us.

12       THE WITNESS:  Okay.

13   Q.    (BY MR. ADCOCK)  Yeah.  Lauren, we're communicating,

14   but you go ahead and answer the question, unless I -- we

15   tell you not to, okay?

16   A.    That's a very possible -- there was always somebody

17   at the booking desk.  We weren't ever supposed to leave

18   it unattended.

19   Q.    Okay.  Now, the next paragraph on Exhibit No. 1 says

20   that:  "Dr. Troxel then stated that we needed to talk to

21   the administration about getting Cook out of the

22   facility.  I escorted Dr. Troxel to Sergeant Richards'

23   office."  That's all true; is that correct?

24   A.    Yes, sir.

25   Q.    Did Sonk go with you or was it only Dr. Troxel?

1  A.   Honestly, I don't remember.

2  Q.   Okay.  But you know Dr. Troxel went with you to

3  Sergeant Richards' office; is that correct?

4  A.   Yes, sir.

5  Q.   Where was Sergeant Richards' office?

6  A.   Inside the sergeant's office.

7  Q.   Okay.

8  A.   When you walk in to -- we called it the transport

9  office at the time, before transport had moved to the

10  tower.

11  Q.   Okay.

12  A.   Inside the transport office, there were several

13  little cubicles where the transport officers sat.  To

14  the left was the lieutenant's office, then to the right

15  was Sergeant Richards' office and I -- at the time --

16  Sergeant McKinney's office at the time.  They shared a

17  little --

18  Q.   Okay.

19  A.   They shared space.

20  Q.   And where was that Sergeant Richards' office in

21  relation to the book-in desk?  Because that's the one

22  thing that is a constant for me, I know where that is.

23  A.   When they let you in the door --

24  Q.   Yes.

25  A.   -- to come into the jail --

1  Q.    Yes.

2  A.    The window on the right was in the sergeant's

3  office.

4  Q.    Okay.    Now -- so, you went from holding cell No. 1

5  to the sergeant's office; is that right?

6  A.    Yes, sir.

7  Q.    Are you certain you went to Sergeant Richards'

8  office?

9  A.    Yes.

10  Q.    Okay.    Now, the next sentence is really pivotal.

11  So, I want you to take a good close look at it:    "Dr.

12  Troxel informed Sergeant Richards, Lieutenant Birdsong

13  and Sheriff Pennington of the situation."

14        First of all, did Troxel talk directly to Sergeant

15  Richards about Steven David Cook?

16  A.    Yes.

17  Q.    What did he tell him, as best you can recall?

18  A.    That he needed to be released.

19  Q.    That he needed to be released?

20  A.    (Nodding head.)

21  Q.    Did he tell him exactly what was wrong with Steven

22  David Cook?

23  A.    Yes.

24  Q.    What did he say?    And, again, do not worry about

25  embarrassing anybody.    Just blurt it on out.    Okay?

1  A.   I cannot remember word for word what was said.

2  Q.   Okay.

3  A.   I really honestly can't.

4  Q.   Give me your --

5  A.   I mean, I know that he was told -- I'm sorry.

6  Q.   Go ahead.

7  A.   I know that Sergeant Richards was told that he had

8  the prolapsed rectum and that it was a very good idea

9  that he be released from the jail.

10  Q.   So, if Sergeant Richards testified that he -- that

11  Troxel never told him exactly what was wrong with Steven

12  David Cook, that would not be correct, would it?

13      MR. JACKSON:  Object to form.

14  Q.   (BY MR. ADCOCK)  As best you recall?

15      MR. ELLIS:  I'm not sure that's what Mr. Richards

16  said.

17      MR. ADCOCK:  Well, if my question is wrong, I'm sure

18  you'll point it out at some -- at the appropriate time.

19      MR. ELLIS:  I'll try.

20      MR. ADCOCK:  But I tried to write it down.

21      MR. ELLIS:  In my feeble little way, I'll try.

22      MR. ADCOCK:  All right.  I know you will.

23  Q.   (BY MR. ADCOCK)  So, if Sergeant Richards testified

24  that he never talked with Troxel about what exactly was

25  wrong, would that be correct or incorrect?