IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

STEVEN DAVID COOK                                                                    PLAINTIFF

VS.                                        NO. 4:15CV228 BRW

BRUCE PENNINGTON, Individually and
in his official capacity as Sheriff of Saline
County, Arkansas; LT DON BIRDSONG,
Individually and in his official capacity as
the Administrator of the Saline County
Detention Center; SALINE COUNTY,
ARKANSAS; DEPUTY LAUREN FURR,
Individually; SGT MIKE RICHARDS,
Individually; DEPUTY RYAN
McKINNEY, Individually                                                             DEFENDANTS

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Come Defendants, and for their motion for summary judgment, state:

1. In this action, brought pursuant to the provisions of 42 U.S.C. § 1983, it is alleged that the Defendants violated the constitutional rights of Plaintiff by denying medical care.

2. No Defendant in this action engaged in conduct constituting deliberate indifference.

3. No Defendant engaged in conduct which proximately caused damages to Plaintiff.

4. This action is barred by the doctrine of qualified immunity.

5. In support of this motion, the following exhibits are attached hereto:

    A.    Arkansas Arrest/Disposition Report dated June 29, 2012.

    B.    Medical Information booking sheets dated June 29, 2012.

    C.    Excerpt from Deposition of Melissa Furr taken December 14, 2015.

D.    Excerpt from Deposition of Andrew Gill taken December 11, 2015; Memorandum of Andrew Gill (Exhibit 3 to Deposition).

E.    Excerpt from Deposition of Roger Troxel, M.D., taken December 18, 2015.

F.    Supplemental Affidavit of Bruce Pennington dated January 7, 2016.

G.    Excerpt from Deposition of Ryan McKinney taken December 14, 2015; Memorandum of Deputy Ryan McKinney dated July 6, 2012.

H.    Excerpt from Deposition of Mike Richards taken December 14, 2015.

WHEREFORE, Defendants pray that the Court enter summary judgment in their favor; and for all other proper relief.

/s/ George D. Ellis
GEORGE D. ELLIS (Ark. Bar No. 72035)
Attorney for Defendants
Ellis Law Firm, P.A.
126 North Main Street
Benton, Arkansas 72015
(501) 315-1000 (telephone)
(501) 315-4222 (fax)
gellisinbenton@swbell.net

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of February, 2016, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to all parties in interest.

/s/ George D. Ellis