# ARKANSAS ARREST/DISPOSITION REPORT

*Comm Open* **3110-12**

BOOKING NUMBER: 3110-12

## DEFENDANT IDENTIFICATION INFORMATION

- **ARRESTING AGENCY NAME:** SALINE COUNTY PROS ATTY
- **ARRESTING AGENCY NCIC CODE:**
- **NAME:** LAST: COOK  FIRST: STEVEN  MIDDLE: DAVID
- **ALIASES:**
- **STREET ADDRESS:** [redacted] POPLAR
- **PHONE NUMBER:** [redacted]-1817
- **CITY:** BENTON  **STATE:** AR  **ZIP:** 72015
- **F.B.I. NO.:**
- **STATE ID NO.:** 3058788
- **SOCIAL SECURITY NO:** [redacted]-5464
- **DRIVERS LICENSE NO:** [redacted]
- **LOCAL ID NUMBER:**
- **SEX:** MALE
- **RACE:** WHITE
- **ETHNICITY:** NOT HISPANIC
- **DATE OF BIRTH:** [redacted]/80
- **AGE:** 31
- **PLACE OF BIRTH:** LITTLE ROCK, AR
- **HAIR:** BRN  **EYES:** GRN  **WEIGHT:** 150  **HEIGHT:** 506
- **SCARS AND MARKS:** "PIMP PLAYER" ON RIGHT UPPER ARM
- **COMPLEXION:** AVG  **BUILD:** MED  **EMPLOYER/OCCUPATION:** UNEMPLOYED
- **NAME OF NEAREST RELATIVE:** STEPHANIE COOK
- **PHONE NUMBER:** 501-249-1817
- **STREET ADDRESS:** [redacted] POPLAR
- **CITY, STATE, ZIP:** BENTON, AR 72015
- **AFIS FINGERPRINT ID NUMBER:**

## ARREST INFORMATION

- **PLACE OF ARREST:** 622 W. MAPLE BENTON
- **ARRESTING OFFICER:** A. PARSONS #PA100
- **DATE OF ARREST:** 06-29-12  **TIME OF ARREST:** 14:20
- **BOND AMOUNT:** $25,000 SHERIFF'S BOND
- **INCIDENT NO:**
- **AGENCY RECEIVED FROM:** S.C.P.A.
- **AGENCY TRANSFERRED TO:** S.C.S.O.

| NO | COMPUTER USE-SRN | CASE DOCKET NO. | STATUTE NO | CHARGES | DATE OF ACTION |
|---|---|---|---|---|---|
| 1 | | | | WARRANT # CR2008-546 | 06-29-12 |
| 2 | | | | $25,000 SHERIFF'S BOND | |
| 3 | | | | | |
| 4 | | | | | |

- **COURT DATE:**
- **COURT HEARING CASE:**
- **HOLD FOR OTHER AGENCY:** N/A
- **MORE CHARGES PENDING:** NO
- **ARRIVAL TIME:** 14:50
- **OFFICER PAT DOWN/SEARCH:**

**FACTS OF ARREST IN DETAIL:** COOK TAKEN INTO CUSTODY FOR OUTSTANDING WARRANT AT 806 POPLAR ST IN BENTON. CIRCUMSTANCES OF THE WARRANT ARE UNKNOWN TO THE ARRESTING OFFICER.

| COMPLAINT/VICTIM | ADDRESS/PHO. NO. |
|---|---|
| COMPLAINT/VICTIM | ADDRESS/PHO. NO. |
| WITNESS | ADDRESS/PHO. NO. |
| WITNESS | ADDRESS/PHO. NO. |

RIGHT THUMB PRINT

FORWARD COPY TO
- COPY (1) COURT COPY
- COPY (2) PROSECUTING ATTORNEY COPY
- COPY (3) OFFICER'S COPY
- COPY (4) INMATE FILE COPY

EXHIBIT A