IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

STEVEN DAVID COOK                                          PLAINTIFF

VS.                      NO. 4:15CV228 BRW

BRUCE PENNINGTON, Individually and
in his official capacity as Sheriff of Saline
County, Arkansas; LT DON BIRDSONG,
Individually and in his official capacity as
the Administrator of the Saline County
Detention Center; SALINE COUNTY,
ARKANSAS; DEPUTY LAUREN FURR,
Individually; SGT MIKE RICHARDS,
Individually; DEPUTY RYAN
McKINNEY, Individually                                DEFENDANTS

**STATEMENT OF MATERIAL FACTS AS TO WHICH THERE
IS NO GENUINE ISSUE TO BE TRIED**

Come Defendants, in support of their motion for summary judgment, and for their Statement of Material Facts as to Which There is No Genuine Issue to be Tried, state:

1. On June 29, 2012, Plaintiff was arrested and booked in to the Saline County Detention Facility (SCDF). *Arkansas Arrest/Disposition Report* (Ex.A).

2. Plaintiff informed jail personnel at the time of booking that he had rectal prolapse. *Medical Information booking sheets* (Ex.B).

3. On June 29, 2012, Plaintiff requested medical attention for rectal prolapse. *Deposition of Melissa Furr*, p. 12 (Ex.C).

4. On June 29, 2012, medical personnel examined Plaintiff in the SCDF. *Deposition of Roger Troxel, M.D.,* p. 12 (Ex.E).

5. On June 29, 2012, Andy Gill, Deputy Prosecuting Attorney, informed some jail personnel that Plaintiff experienced the rectal prolapse on other occasions and managed it without medical

intervention. *Supplemental Affidavit of Bruce Pennington* (Ex.F); *Deposition of Andrew Gill,* p. 15 (Ex.D).

6. Most cases of rectal prolapse are chronic and can be managed by the individual experiencing it. *Deposition of Roger Troxel, M.D.,* p. 14 (Ex.E).

7. Plaintiff remained in the SCDF until a court appearance on July 2, 2012. *Exhibit 1, Deposition of Ryan McKinney* (Ex.G).

8. Sheriff Pennington made the decision to keep Plaintiff over the weekend. *Supplemental Affidavit of Bruce Pennington* (Ex.F).

9. Sheriff Pennington's decision was made, in part, by concerns expressed by Andy Gill, Deputy Prosecuting Attorney, for the safety of Mr. Cook's victim. *Supplemental Affidavit of Bruce Pennington* (Ex.F); *Exhibit 3, Deposition of Andrew Gill,* and p.15 (Ex.D).

/s/ George D. Ellis
GEORGE D. ELLIS (Ark. Bar No. 72035)
Attorney for Defendants
Ellis Law Firm, P.A.
126 North Main Street
Benton, Arkansas 72015
(501) 315-1000 (telephone)
(501) 315-4222 (fax)
gellisinbenton@swbell.net

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of February, 2016, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to all parties in interest.

/s/ George D. Ellis