**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**STEVEN DAVID COOK**                                                              **PLAINITFF**

**V.**                                     **NO.  4:15CV00228 BRW**

**BRUCE PENNINGTON, et al**                                            **DEFENDANTS**

**PLAINTIFF'S PRETRIAL DISCLOSURES**

The Plaintiff respectfully submits the following as his pretrial disclosures in accordance with Fed. R. Civ. P. 26(a)(3) and Local Rule 26.2:

1.      **The identity of the party submitting the information.**  Plaintiff, Steven David Cook, by and through his counsel, Charles D. Hancock and Edward G. Adcock.

2.      **The names, addresses and telephone numbers of all counsel for the party.**  Charles D. Hancock, 610 E. 6th St, Little Rock, Arkansas 72202 - Phone: 501 372.6400; Edward G. Adcock, 1018 Cumberland #11, Little Rock, Arkansas 72202 - Phone: 501.690.6104.

3.      **A brief summary of claims and relief sought.**   Plaintiff alleges that defendant violated his civil rights pursuant to 42 U.S.C. § 1983 and the Arkansas Civil Rights Act of 1993 by being deliberately indifferent to his known serious medical needs. Plaintiff seeks monetary relief, punitive damages, as well as attorneys' fees and costs.

4.      **Prospects for settlement, if any.**  The parties have agreed to attend, in good faith, a settlement conference before Judge Volpe sometime the week of February 22, 2016.  The case is not likely to settle.

5.      **The basis for jurisdiction or objection to jurisdiction.** This action is brought pursuant to 42 U.S.C §1983 and §1988 and the Fourth Amendment to the

1

United States Constitution. This Court has jurisdiction of this action under 42 U.S.C.

§1983, 28 U.S.C. §1343, 28 U.S.C. §1331 and 28 U.S.C. §1367. This Court has

supplemental jurisdiction to hear the state court claims under the Arkansas Civil Rights

Act, Ark. Code Ann. Sec. 16-123-101 *et seq.* Plaintiff is unaware of any objection to the

jurisdiction of this Court.

6.    **A list of pending motions.**  Both parties have pending Motions' for

Summary Judgment; Cook will likely move in limine as to several issues.  Plaintiff will

likely file a Motion for a Writ of Habeas Corpus Ad Testificandum to procure attendance

of Bruce Pennington who is in the Bureau of Prisons in Marion, Illinois.

7.    **A concise summary of facts.**  Plaintiff, Steven David Cook, was

incarcerated in the Saline County Detention Center from Friday, June 29, 2012 through

Monday, July 2, 2012.  On June 29, 2012, Steven David Cook was diagnosed by the

detention facility medical staff as having a prolapsed colon.  Sheriff Pennington, Lauren

Furr, Mike Richards, and Ryan McKinney (the County Defendants) all knew on June 29,

2012, that Steven David Cook was suffering from a serious medical condition.  In spite of

being told on June 29, 2012, by the jail medical staff that Steven David Cook needed to be

transported and treated at a medical facility (recommending UAMS), the County

defendants made the conscious decision not to get Steven David Cook medical treatment

until July 2, 2012.   The result of the deliberate indifference by the County Defendants was

that Steven David Cook remain locked up from June 29, 2012, through July 2, 2012, at the

Saline County Detention Center with six to seven inches of his colon protruding from his

rectum.  Steven David Cook had to undergo two surgical procedures to cut out portions of

his intestines, and he had to endure pain and suffering as a result of the County

defendants' actions.

**8.      All proposed stipulations.**  The defendants have stipulated that they

were acting under the color of law at the relevant times alleged in the Complaint.

**9.      The issues of fact expected to be contested.  a]** Whether the incident is

a violation of the Plaintiff's rights granted by the United States Constitution, as codified

in 42 U.S.C. Sec. 1983, and whether the incident violated Plaintiff's rights under the

Arkansas Civil Rights Act.  Whether the County is liable for the damages of the Plaintiff.

**10. The issues of law expected to be contested.  a]** Whether the actions by

the defendants violated Mr. Cook's rights guaranteed him by the United States

Constitution and the Arkansas Civil Rights Act.  Whether the County is liable for Mr.

Cook's damages, and whether Mr. Cook is entitled to a punitive damage instruction?

**11.      A list and brief description of exhibits that will be offered in**

**evidence.**

|     |     |
| --- | --- |
| A. | Video Deposition of Dr. Roger Troxell. |
| B. | Deposition of Bruce Pennington. |
| C. | Video of Bruce Pennington conducting a detention center meeting. |
| D. | The jail records produced by the defendants for Steven David Cook for the relevant dates (generally). |
| E. | Medical Records from the Saline County Detention Facility for Steven David Cook. |
| F. | July 5, 2012, Memorandum of Deputy Lauren Furr. |
| G. | July 6, 2012 Memorandum of Deputy Ryan McKinney. |
| H. | July 3, 2012 Note of Asst. Prosecuting Attorney Andrew Gill. |
| I. | July 6, 2012 Medical Progress Note by Nurse Glenn Sonk. |
| J. | July 23, 2012 Medical Progress Note. |

K.      Excerpt from U. S. National Library of Medicine containing note from Nurse Glenn Sonk (2 pages).

L.      Circuit Court Appearance Order dated July 2, 2012.

M.      District Court Pre-Trial Release Order dated July 2, 2012.

N.      Book-in and Release computerized record of Saline County Detention Center showing book-in date of June 29, 2012 and release date of July 2, 2012.

O.      Medical Records produced by ACH for Steven David Cook (generally).

**11 (a). A list and brief description of charts, graphs, models, schematic diagrams and similar objects which will be used in opening statement or closing argument whether or not they will be offered in evidence.**  Plaintiff's counsel may refer to a relevant jury instructions or other documents, including, but not limited to, medical records, deposition testimony, and incident reports.

**12.      THE NAMES, ADDRESSES, and TELEPHONE NUMBERS OF WITNESSES who will be called, excluding witnesses to be used solely for impeachment or rebuttal.**

**a]**      Specifically, the following:

1.      Bruce Pennington;  can be reached through his counsel, George Ellis.

2.      Andy Gill, can be reached through his counsel, Christine Cryer at the Arkansas Attorney General's Office;

3.      Glenn Sonk, can be reached through his counsel, Ben Jackson.

4.      Lauren Furr, can be reached through her counsel, George Ellis;

5.      Ryan McKinney, can be reached through his counsel, George Ellis;

6.      Dr. Roger Troxell, can be reached through his counsel, Ben Jackson;

7.      Mike Richards, can be reached through his counsel, George Ellis;

8.      Sandra Cook, 3826 Silica Heights, Benton, Arkansas, 501.794.8618;

9.      Steven David Cook, can be contacted by undersigned counsel;

10.     Steven Jeffrey Cook, 74 Chapel Lane Circle, Quitman, Arkansas,

501589.2212.


**13**.    **The current status of discovery, a precise statement of the remaining discovery and an estimate of the time required to complete discovery.**  To the best of counsel's knowledge discovery is complete.


**14.     An estimate of the length of trial.**   Two (2) to three (3) days, including jury selection.

DATED this 16th day of February 2016.

                              Respectfully submitted,
                              Steven David Cook

                         By:/s/Charles D. Hancock
                              Charles D. Hancock AR#2001022
                              HANCOCK LAW FIRM
                              610 E. 6th St.
                              Little Rock, AR 72202
                              (501) 372-6400
                              hancock@hancocklawfirm.com

### CERTIFICATE OF SERVICE

        I, Charles D. Hancock, hereby certify that a copy of the foregoing was served upon the following via the CM/ECF system on this 16th day of February 2016:

        George Ellis
        Edward Adcock

                              /s/ Charles D. Hancock
                              Charles D. Hancock