## CIVIL CASE MINUTES

      **Case Title:**      **Steven David Cook v. Bruce Pennington, et al**

      **Case Number:**      **4:15cv00228 BRW**

      **Before U.S. Magistrate Judge Joe J. Volpe**

      **Date of Proceeding:**   **February 22, 2016**

      **E.C.R.O.:**      **Lorna Jones**

<u>9:45 a.m.</u>

Settlement Conference begins.

<u>11:24 a.m.</u>

The parties reach an agreement for settlement.  The terms are stated for the record.

      **Counsel for Plaintiff:**   **Edward G. Adcock**
                                                **Charles D. Hancock**

      **Counsel for Defendants:**   **George D. Ellis**