## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**STEVEN DAVID COOK**                                                              **PLAINTIFF**

**VS.**                                       **NO. 4:15CV-228 BRW**

**BRUCE PENNINGTON,** *et. al.,*                                        **DEFENDANTS**

### JOINT MOTION TO DISMISS
### WITH PREJUDICE

**COME THE PARTIES, Steven David Cook,** by and through his attorneys, **Edward G. Adcock,** Arkansas Bar No. 83001, and **C. Daniel Hancock,** Arkansas Bar No. 2001-022, and all remaining Defendants, **Bruce Pennington, Mike Richards, Ryan McKinney, Lauren Furr** and **Saline County, Arkansas,** by and through their attorney, **George D. Ellis,** Arkansas Bar No. 72035, and, having reached an amicable out-of-court settlement of all claims, hereby move the Court to dismiss the above-captioned matter with prejudice.

**DATED** this 25th day of February, 2015

**STEVEN DAVID COOK**

**By:** _____
Edward G. Adcock
**Arkansas Bar No. 83001**
1018 Cumberland # 11
Little Rock, AR 72202
Office Telephone: 501.690.6104
Facsimile: 501.374.5198
Email: egalaw@aol.com

&

By:     /s/ C. Daniel Hancock
        Arkansas Bar No. 2001-022
        HANCOCK LAW FIRM
        610 East Sixth Street
        Little Rock, AR 72202
        Phone: 501.372.6400
        Email: hancock@hancocklaw.com


        BRUCE PENNINGTON, *et al.*,

By:
        George D. Ellis
        Ellis Law Firm
        Arkansas Bar No. 72035
        126 North Main Street
        Benton, AR 72018
        Phone: 501.315.1000
        Email: gellisinbenton@swbell.net